# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRUGETTE,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>        Respondent.<br>_____/ | 1:08-cv-01408-AWI-DLB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO DISMISS ACTION WITH PREJUDICE<br><br>[Doc. 19] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 3, 2009, the Magistrate Judge issued [Findings and Recommendation](#) that the Motion to Dismiss be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued February 3, 2009, is ADOPTED IN FULL;

2.     The Motion to Dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and,

4. The Clerk of the Court is DIRECTED to terminate this action in its entirety.

IT IS SO ORDERED.

**Dated:  March 17, 2009**                              /s/ **Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE